```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 06 B 07289
   AMY L CIPOLLA
                                          CHAPTER 13

                                          JUDGE: A. BENJAMIN GOLDGAR

         Debtor
   SSN XXX-XX-8980

-----------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 06/21/06 and confirmed on 09/15/06.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $   1936.00 .

   4.  The Trustee made disbursements to creditors as follows:

-----------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
-----------------------------------------------------------------------
AMC MORTGAGE SERVICES    CURRENT MORTG        .00           .00            .00
AMC MORTGAGE SERVICES    MORTGAGE ARRE     408.50           .00         408.50
CITIFINANCIAL            UNSECURED      NOT FILED           .00            .00
ASPCA                    UNSECURED      NOT FILED           .00            .00
COMED                    UNSECURED      NOT FILED           .00            .00
PEOPLES ENERGY           UNSECURED      NOT FILED           .00            .00
CONDELL MEDICAL CENTER   UNSECURED      NOT FILED           .00            .00
         Summary of disbursements:
-----------------------------------------------------------------------
                    SECURED    PRIORITY   UNSECURED     OTHER         TOTAL
-----------------------------------------------------------------------
TOTAL CLMS ALLOWED   408.50        .00         .00        .00        408.50
PRINCIPAL PAID       408.50        .00         .00        .00        408.50
INTEREST PAID           .00        .00         .00        .00           .00
TOTAL PAID           408.50        .00         .00        .00        408.50
The Debtor's attorney, SCOTT A BENTLEY           , was allowed $       .00
and was paid $       .00 .

The Trustee received $      21.50 .

Refunds to the Debtor totaled $   1506.00 .

      Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



   Dated: 10/10/07                       /S/
                                         GLENN STEARNS
                                         CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
CASE NO. 06 B 07289 AMY L CIPOLLA
```